# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERTO RAPOSO,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:14-0303 |
| v. : | |
| : | (Judge Mannion) |
| **UNITED STATES OF AMERICA,** : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.


　　　　　　　　　　　　　　　　　　s/ *Malachy E. Mannion*
　　　　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　　　　**United States District Judge**

**DATE: February 21, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0303-01-ORDER.wpd